1
2
3
4
5
6
7
8            UNITED STATE DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10         (THE HONORABLE   ANTHONY J. BATTAGLIA)

11
12
UNITED STATES OF AMERICA,          )     Criminal Case No. 07cr 0848 H
13                                 )     Magistrate Case No. 07 mj 0632
                                   )
14          Plaintiff,             )     ORDER
                                   )     TO EXONERATE THE APPEARANCE
15     v.                          )     BOND FOR MATERIAL WITNESS
                                   )     LUCERO MEZA-ROMERO
16   RICHARD DEAN PATTICO          )
                                   )
17                                 )
            Defendant.             )
18                                 )
_____)
19
                              **ORDER**
20
         IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the
21
22   presence of Material Witness LUCERO MEZA-ROMERO  be exonerated forthwith and the cash

23   deposit of $500.00 be returned to her surety, SERGIO MARTINEZ at the following address: 1716

     Panorama Rd.  Vista, California 92083.
24
         IT IS SO ORDERED.
25
     DATED:  June 20, 2007
26
                                         _____
27                                       Hon. Anthony J. Battaglia
                                         U.S. Magistrate Judge
28                                       United States District Court

                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28